IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHANIEL ROBINSON,

    Plaintiff,

  v.

Case No. 19-cv-604

CANDACE WARNER, ROSYLAIND
HUNEKE, AND CHRIS ENDREAS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/16/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |